**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PORTIA MCCOLLUM, Derivatively
on Behalf of Nominal Defendant
Fidelity National Information Services,
Inc.,

      Plaintiff,

v.                                                                  Case No. 3:23-cv-496-TJC-MCR

GARY A. NORCROSS, STEPHANIE
FERRIS, LEE ADREAN, ELLEN R.
ALEMANY, MARK BENJAMIN,
VIJAY D'SILVA, JEFFREY A.
GOLDSTEIN, LISA A. HOOK,
KENNETH LAMNECK, GARY L.
LAUER, LOUISE M. PARENT, BRIAN
T. SHEA, JAMES B. STALLINGS, JR.,
JEFFREY E. STIEFLER, KEITH W.
HUGHES, MARK J. HAWKINS, MARK
A. ERNST, and FIDELITY NATIONAL
INFORMATION SERVICES, INC.,
Nominal Defendant,

      Defendants.

---

# O R D E R

Upon review of Plaintiffs' Notice of Voluntary Dismissal (Doc. 5), filed on May

22, 2023, this case is dismissed without prejudice. The Clerk should close the file.

2

**DONE AND ORDERED** in Jacksonville, Florida this 25th day of May, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record

2